UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANETTE P. BRINE individually & on
behalf of others similarly situated,

      Plaintiff,

vs.                                  CASE NO. 6:11-CV-507-ORL-19KRS

PRINCETON PROFESSIONAL
SERVICES, INC., ADVENTIST HEALTH
SYSTEM SUNBELT HEALTHCARE
CORPORATION, ADVENTIST HEALTH
SYSTEM/SUNBELT, INC., FLORIDA
HOSPITAL HEALTHCARE SYSTEM,
INC., EAST ORLANDO HEALTH &
REHAB CENTER, INC., XYZ ENTITIES
1-100,

      Defendants.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 52, filed April 2, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 52) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. No. 49, filed February 29, 2012) is **GRANTED IN PART.** Counsel for Plaintiff is **PROHIBITED** from withholding any of the funds payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel for Plaintiff shall provide the Plaintiff with a copy of this Order. The Court **DECLINES** to reserve jurisdiction to enforce the settlement agreement.

The settlement agreement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___19th___ day of April, 2012.

*[signature]*
PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record